STANLEY LOAYZA, Respondent, v. BROOKLYN AND QUEENS TRANSIT CORPORATION, Appellant. (Appeal No. 1.) — In view of the decision on the appeal from the order (post, p. 577), decided herewith, which order denied the defendant's motion to set aside the verdict and for a new trial in this negligence action, the appeal from the judgment is academic. It is dismissed, without costs. Present — Lazansky, P. J., Carswell, Johnston, Adel and Taylor, JJ.